# Order

**Lansing, Michigan**

September 17, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161839

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

IN THE MATTER OF

BRUCE U. MORROW, JUDGE                    SC: 161839
3rd CIRCUIT COURT                         JTC Formal Complaint 102

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

   On order of the Court, the request by the Judicial Tenure Commission for the appointment of a Master is considered, and the Honorable Betty R. Widgeon is hereby appointed Master to hear Formal Complaint No. 102.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2020

Clerk